```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 02910
   HENRY J HOLLOWAY
   CYNTHIA A HOLLOWAY                            CHAPTER 13

                                                 JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-3439    SSN XXX-XX-9023

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 02/08/2008 and was not confirmed.

     The case was dismissed without confirmation 08/28/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------------
WM SPECIALTY MORTGAGE      NOTICE ONLY      NOT FILED            .00              .00
COMMONWEALTH EDISON        UNSECURED         2233.27             .00              .00
CITY OF CHICAGO PARKING    UNSECURED         3130.00             .00              .00
NICOR GAS                  UNSECURED         3115.01             .00              .00
CITI RESIDENTIAL LENDING   CURRENT MORTG        .00              .00              .00
CITI RESIDENTIAL LENDING   MORTGAGE ARRE   24000.00              .00              .00
ILLINOIS DEPT OF REVENUE   PRIORITY          979.94              .00              .00
ILLINOIS DEPT OF REVENUE   UNSECURED          229.24             .00              .00
QUERREY & HARROW           UNSECURED         5240.70             .00              .00
LATONYA STEVENSON          NOTICE ONLY      NOT FILED            .00              .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      2,003.40                         1,843.13
TOM VAUGHN                 TRUSTEE                                             160.27
DEBTOR REFUND              REFUND                                              667.80

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE             2,671.20

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                               1,843.13
TRUSTEE COMPENSATION                           160.27
DEBTOR REFUND                                  667.80
                    --------------         --------------
TOTALS              2,671.20                 2,671.20
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 11/20/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |